# MEMORANDA OF CASES DISPOSED OF WITHOUT OPINION.

J. W. GODWIN *v.* J. A. MITCHELL, from Hertford County. F. D. Winston for plaintiff; Winborne & Lawrence, and Geo. Cowper for defendant. Per Curiam affirmed.

J. M. BOYCE *v.* ELIZABETH BURKE, *et al.*, from Chowan County. Pruden & Pruden, and Shepherd & Shepherd for defendants. No counsel *contra.* Per Curiam affirmed.

R. B. JERNIGAN *v.* DICEY JERNIGAN, *et al.*, from Bertie County. F. D. Wintson for plaintiff; R. B. Peebles for defendants. Per Curiam affirmed.

LIZZINA BULLOCK *v.* W. O. BULLOCK, from Edgecombe. G. M. T. Fountain for plaintiff; Gilliam & Gilliam for defendant. Per Curiam affirmed.

B. S. SHEPPARD *v.* C. M. BERNARD, from Pitt. Jarvis & Blow for plaintiff; Aycock & Daniels for defendant. Per Curiam affirmed.

J. R. SHORT *v.* T. B. YELVERTON, from Wayne. Allen & Dortch for plaintiff; I. F. Dortch and W. C. Munroe for defendant. Per Curiam affirmed.

H. V. BUNCH *v.* W. A. PULLEY, from Wake. Womack & Hayes, and W. J. Peele for plaintiff; Armistead Jones for defendant. Per Curiam affirmed.

QUIGLEY & Co. *v.* CARPENTER, from Wake. R. O. Burton for plaintiff; Armistead Jones, and Womack & Hayes for defendant. Per Curiam affirmed.

J. R. SMITH *v.* BRYANT LANE, from Wayne. Allen & Dortch for plaintiff; W. C. Munroe for defendant. Per

127——37